UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MARK JONES, | ) | NO. CV 13-1868 FMO (CWx) |
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| SUNTRUST MORTGAGE INC., et al., | ) | |
| Defendants. | ) | |

On April 29, 2013, the court issued an Order granting plaintiff leave to file a First Amended Complaint no later than May 6, 2013. Plaintiff was "cautioned that failure to timely file a First Amended Complaint may result in this action being dismissed without prejudice for failure to prosecute and/or failure to comply with a court order. See Fed. R. Civ. P. 41(b); Link v. Wabash R.R. Co., 370 U.S. 626, 629-30, 82 S.Ct. 1386, 1388 (1962)." (Court's Order of April 29, 2013, at 2). As of the filing date of this Order, no First Amended Complaint has been filed. Accordingly, IT IS ORDERED that the above-captioned case is dismissed, without prejudice, for lack of prosecution, pursuant to Local Rule 41, and for failure to comply with the orders of the court. Dated this 13th day of May, 2013.

/s/
Fernando M. Olguin
United States District Judge