JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK JONES, | NO. CV 13-1868 FMO (CWx) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| SUNTRUST MORTGAGE INC., et al., | |
| Defendants. | |

IT IS ADJUDGED THAT the above-captioned action is dismissed without prejudice.

Dated this 13th day of May, 2013.

/s/
Fernando M. Olguin
United States District Judge